Joshua W. Carden, SBA No. 021698
ROBINSON LAW OFFICES
202 E. Earll Dr., Suite 490
Phoenix, Arizona 85012-2698
T: (602) 888-8994
F: (602) 888-8531
joshua@robinsonlawoffices.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sarah Hansen Colwell,<br><br>                    Plaintiff,<br><br>v.<br><br>Costco Wholesale Corporation,<br><br>                    Defendants. | No. 2:24-CV-00310-ROS<br><br>**NOTICE OF SERVICE** |

Plaintiff Sarah Hansen Colwell, by and through the undersigned counsel, hereby gives notice that on June 17, 2026, she served via e-mail her First Supplemental Response to the First Set of Requests for Production, First Supplemental Response to the Second Set of Requests for Production, and Second Supplemental Disclosure Statement upon Counsel for the Defendant.

Respectfully submitted on this 17th day of June, 2026,

Robinson Law Offices

By: s/Joshua W. Carden
Joshua W. Carden
*Attorneys for Plaintiff*
*Sarah Hansen Colwell*



1